# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 78

*April Term, A.D. 2022*

**June 22, 2022**

ROBERT LOGAN NOBLE,

Appellant
(Defendant),

v.

THE STATE OF WYOMING,

Appellee
(Plaintiff).

S-22-0048

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]     **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional no contest plea to felony property destruction. Wyo. Stat. Ann. § 6-3-201(a) & (b)(iii).  The district court imposed a five to nine-year sentence.  Appellant filed this appeal to challenge the district court's January 18, 2022, Judgment and Sentence.

[¶2]     On April 18, 2022, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that, on or before June 2, 2022, Appellant may file with this Court a *pro se* brief specifying the issues for the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]     Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's judgment and sentence should be affirmed.  It is, therefore,

[¶4]     **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Robert Logan Noble, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]     **ORDERED** that the Laramie County District Court's January 18, 2022, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]     **DATED** this 22nd day of June, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**